UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JERRY BASINGER,

    Plaintiff,

v.                                     Case No. 19-2607-DDC

NEBRASKA FURNITURE MART, INC.,

    Defendant.

## AMENDED SCHEDULING ORDER

Defendant has filed an unopposed motion to amend the scheduling order (ECF No. 20). For good cause shown, the motion is granted and the schedule is amended as follows:

| SUMMARY OF DEADLINES AND SETTINGS ||
| --- | --- |
| **Event** | **Deadline/Setting** |
| Mediation completed | **August 3, 2020** |
| All discovery completed | **September 2, 2020** |
| All potentially dispositive motions (e.g., summary judgment) | **October 23, 2020** |
| Motions challenging admissibility of expert testimony | **42 days before trial** |
| Proposed pretrial order due | **September 8, 2020** |
| Pretrial conference | **September 17, 2020 at 11:00 AM** |
| Trial | **July 6, 2021 at 9:00 AM** |

This scheduling order will not be modified except by leave of court upon a showing of good cause.

IT IS SO ORDERED.

Dated May 12, 2020, at Kansas City, Kansas.

s/ James P. O'Hara
James P. O'Hara
U.S. Magistrate Judge
